1  Elizabeth L. Deeley (SBN 230798)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA  94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  Email: elizabeth.deeley@kirkland.com

5  Andrew B. Clubok (*pro hac vice forthcoming*)
   KIRKLAND & ELLIS LLP
6  601 Lexington Avenue
   New York, NY 10022
7  Tel: (212) 446-4800
   Fax: (212) 446-6460
8  Email: andrew.clubok@kirkland.com

9  Attorneys for Defendant
   *Facebook, Inc.*

10

11                       **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13                            **SAN FRANCISCO DIVISION**

14  | CHRISTINE HOLT, individually and on behalf of all others similarly situated, | CASE NO.: 3:16-cv-02266-JSC |
    |---|---|
15  | | **FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
16  | Plaintiff, | |
17  | v. | |
18  | FACEBOOK, INC., a Delaware corporation, | Magistrate Judge: Jacqueline Scott Corley |
    | | Courtroom: F - 15th Floor |
19  | Defendant. | |

20

21

22

23

24

25

26

27

28

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certified that as of this date, other than the named parties, there is no such interest to report.

DATED:  June 1, 2016

*/s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

**CERTIFICATE OF SERVICE**

On June 1, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (SBN 230798)

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com