1  Elizabeth L. Deeley (SBN 230798)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  Email: elizabeth.deeley@kirkland.com

5  Andrew B. Clubok (*pro hac vice forthcoming*)
   KIRKLAND & ELLIS LLP
6  601 Lexington Avenue
   New York, NY 10022
7  Tel: (212) 446-4800
   Fax: (212) 446-6460
8  Email: andrew.clubok@kirkland.com

9  Attorneys for Defendant
   *Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTINE HOLT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:16-cv-02266-JSC<br><br>**FACEBOOK, INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Magistrate Judge: Jacqueline Scott Corley<br>Courtroom: F - 15th Floor |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. states the following:

Facebook, Inc. is a corporation organized under the laws of Delaware, and there is no publicly held corporation that owns 10% or more of its stock.

DATED: June 1, 2016

*/s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

**CERTIFICATE OF SERVICE**

On June 1, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

<pre>
                                    /s/ Elizabeth L. Deeley
                                    Elizabeth L. Deeley (SBN 230798)

                                    KIRKLAND & ELLIS LLP
                                    555 California Street
                                    San Francisco, CA  94104
                                    Telephone: (415) 439-1400
                                    Facsimile: (415) 439-1500
                                    Email: elizabeth.deeley@kirkland.com
</pre>