UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HOLT,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 3:16-cv-02266-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for August 17, 2016 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due five Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 15, 2016

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By: _____
                                              William Noble, Deputy Clerk to the
                                              Honorable JON S. TIGAR
                                              415-522-2036