1
2
3
4
5
6
7
8
9
10                          **UNITED STATES DISTRICT COURT**
11                          **NORTHERN DISTRICT OF CALIFORNIA**
12                                **SAN FRANCISCO DIVISION**

| CHRISTINE HOLT, individually and on behalf of a class of similarly situated individuals, | CASE NO.: 3:16-cv-02266-JST |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE AND RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | Judge:        Hon. Jon S. Tigar |

Before the Court is a Joint Stipulated Request to Modify Briefing Schedule and to Vacate Case Management Conference Scheduling and ADR Deadlines filed by Plaintiff Christine Holt and Defendant Facebook, Inc. The Court, having considered the submissions, hereby rules as follows:

The Request is **GRANTED**. The Court hereby modifies the dates as follows:

- The Initial Case Management Conference scheduled for **August 17, 2016**, ~~shall be adjourned and rescheduled to after entry of an order on the pending Motion to Dismiss~~. shall be continued to October 26, 2016.

- The deadlines for the Joint Case Management Statement, filing the ADR Certification, and filing either the Stipulation to the ADR Process or the Notice of Need for ADR Phone Conference, shall be rescheduled for 14 days prior to the rescheduled Initial Case Management Conference.

- Plaintiff shall have until **August 1, 2016**, to file an opposition to Facebook's Motion to Dismiss.

- Facebook shall have until **September 13, 2016**, to file any reply in support of its Motion to Dismiss. Facebook shall have an additional 10 pages for its brief to respond to the arguments of both Plaintiff and the United States, should the United States intervene.

**IT IS SO ORDERED.**

Dated: __July 13, 2016__, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE