Stewart R. Pollock (SBN – 301356)
spollock@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE HOLT, individually and on behalf of all others similarly situated, | Case No. 3:16-cv-02266-JST |
| *Plaintiff,* | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| *v.* | Honorable Jon S. Tigar |
| FACEBOOK, INC., a Delaware corporation, | |
| *Defendant.* | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Todd Logan withdraws as counsel of record for Plaintiff and the putative class in the above-captioned matter, as he leaves Edelson PC to begin a federal clerkship. Stewart R. Pollock of Edelson PC, an attorney in good standing with the California bar who has already filed an appearance in this action, will replace Mr. Logan as counsel of record.

Respectfully submitted,

Dated: July 25, 2016

By:_____/s/ Stewart R. Pollock_____
        One of Plaintiff's Attorneys

Stewart R. Pollock (SBN – 301356)
spollock@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Class*

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2       I, Stewart R. Pollock, am the ECF User whose identification and password are being used

3  to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that concurrence in

4  the filing of this document has been obtained from Mr. Logan.

5

6  Dated: July 25, 2016               By: /s/    Stewart R. Pollock

7                                            Stewart R. Pollock

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I, Stewart R. Pollock, hereby certify that on July 25, 2016, I served the above and foregoing *Notice of Substitution of Counsel* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

By: /s/   Stewart R. Pollock

Stewart R. Pollock

---

**Notice of Substitution of Counsel**                    4                    **Case No. 3:16-cv-02266-JST**