1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE HOLT,

        Plaintiff,

   v.

FACEBOOK, INC.,

        Defendant.

Case No.  16-cv-02266-JST

**ORDER GRANTING APPLICATIONS FOR LEAVE TO APPEAR PRO HAC VICE**

Re: ECF Nos. 31, 32

     The Court has reviewed the applications filed by Plaintiff on July 25, 2016 for leave to appear *pro hac vice*.  ECF Nos. 30, 31.  The applications are granted.

     IT IS SO ORDERED.

Dated: July 26, 2016



_____
JON S. TIGAR
United States District Judge