UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 16-cv-02266-JST<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE**<br><br>Re: ECF No. 34 |

The parties' stipulation to set a briefing schedule for Defendant's anticipated Motion to Dismiss is granted. ECF No. 34. As set forth in the stipulation, Defendant shall have until August 16, 2016 to file its motion; Plaintiff shall have until September 9, 2016 to file her opposition, and Defendant shall have until September 27, 2016 to file its reply. All briefs are due at 5:00 p.m. on their respective deadlines.

In addition, the Court sets a hearing on Tuesday, October 25, 2016 at 9:30 a.m. for the upcoming Motion to Dismiss.

IT IS SO ORDERED.

Dated: August 2, 2016

                                                          JON S. TIGAR<br>                                                       United States District Judge