# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Holt, <br><br> Plaintiff(s) <br><br> v. <br><br> Facebook, Inc., <br><br> Defendant(s) | Case No. C 16-2266-JST <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 10/12/2016        Signed: /s/ Nikki Stitt Sokol
                                            Party

Date: 10/12/2016        Signed: /s/ Devin S. Anderson
                                            Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 6-2016*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I, Devin S. Anderson, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

      */s/ Devin S. Anderson*
      Devin S. Anderson (*pro hac vice*)

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Sarah Farley*
Sarah Farley