Andrew B. Clubok (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com

Susan E. Engel (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Email: susan.engel@kirkland.com
       devin.anderson@kirkland.com

Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

Attorneys for Defendant
*Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE HOLT, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | CASE NO.: 3:16-cv-02266-JST<br><br>**FACEBOOK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Am. Compl. Filed: July 22, 2016<br><br>Judge:　　Hon. Jon S. Tigar |

Defendant Facebook, Inc. hereby brings to this Court's attention a recent decision of the U.S. Court of Appeals for the Ninth Circuit. In *Van Patten v. Vertical Fitness Group, LLC*, No. 14-55980 (9th Cir. Jan. 30, 2017) (Exhibit A), the Ninth Circuit affirmed the district court's grant of summary judgment on the plaintiff's claims under California's Unfair Competition Law. *See* slip. op. at 21–23. The Ninth Circuit held that that the plaintiff lacked standing to bring a UCL claim premised on the receipt of a text message, because the plaintiff "ha[d] not shown and [could not] demonstrate any economic injury" that was not "hypothetical and conjectural." *Id.* at 23. Facebook respectfully submits that *Van Patten* is relevant to the issues presented by Facebook's pending Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 36).

Dated: February 3, 2017

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Andrew B. Clubok*

Andrew B. Clubok (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com

Susan E. Engel (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Email: susan.engel@kirkland.com
         devin.anderson@kirkland.com

Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

*Attorneys for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Sarah Farley*
Sarah Farley