UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE HOLT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | CASE NO.: 3:16-cv-02266-JST<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge:      Hon. Jon S. Tigar |

Before the Court is the parties' Joint Stipulated Request to Continue the Case Management Conference scheduled for March 15, 2017. The Court hereby rules as follows:

The Request is **GRANTED**. The Case Management Conference presently scheduled for March 15, 2017, is continued until March 22, 2017.

**IT IS SO ORDERED.**

Dated:  February 28  , 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE