FILED

AUG 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLIN R. BRICKMAN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff-Respondent, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Respondent, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Petitioner. | No. 17-80080 <br><br> D.C. No. 3:16-cv-00751-TEH |
| CHRISTINE HOLT, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Respondent, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Respondent, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Petitioner. | No. 17-80086 <br><br> D.C. No. 3:16-cv-02266-JST <br><br> ORDER |

AC/MOATT

Before:  SCHROEDER and HAWKINS, Circuit Judges.

Resolution of these petitions for permission to appeal pursuant to 28 U.S.C. § 1292(b) is stayed pending the United States Court of Appeals for the District of Columbia Circuit's decision in *ACA International v. Federal Communications Commission, et al.*, No. 15-1211 (argued on October 19, 2016).

Within 14 days after the District of Columbia Circuit's decision in *ACA International*, petitioner shall notify this court in writing and shall file a request for appropriate relief.