FILED

MAY 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLIN R. BRICKMAN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff-Respondent, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Respondent, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Petitioner. | No. 17-80080 <br><br> D.C. No. 3:16-cv-00751-TEH <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| CHRISTINE HOLT, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Respondent, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Respondent, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation, <br><br> Defendant-Petitioner. | No. 17-80086 <br><br> D.C. No. 3:16-cv-02266-JST |

Before: W. FLETCHER and CALLAHAN, Circuit Judges.

Resolution of these petitions for permission to appeal pursuant to 28 U.S.C.

FG/MOATT

§ 1292(b) was stayed pending a decision by the United States Court of Appeals for the District of Columbia in *ACA International v. Federal Communications Commission*, No. 15-1211.  On March 16, 2018, the United States Court of Appeals for the District of Columbia issued a decision in *ACA International*.

We grant petitioner's requests (Docket Entry No. 18 in petition No. 17-80080 and Docket Entry No. 20 in petition No. 17-80086) to stay resolution of these petitions for permission appeal pending the decision in *Marks v. Crunch of San Diego*, No. 14-56834 (9th Cir.).  Within 14 days after this court's decision in *Marks*, petitioner shall notify this court in writing and shall file a request for appropriate relief.

FG/MOATT 2