**FILED**

DEC 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLIN R. BRICKMAN, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff-Respondent,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant-Petitioner,<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor-Respondent. | No.   17-80080<br><br>D.C. No. 3:16-cv-00751-TEH<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| CHRISTINE HOLT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff-Respondent,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant-Petitioner,<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor-Respondent. | No.   17-80086<br><br>D.C. No. 4:16-cv-02266-JST |

AC/MOATT

2

Before:  THOMAS, Chief Judge, and BERZON, Circuit Judge.

The petitions for permission to appeal pursuant to 28 U.S.C. § 1292(b) are denied.

All pending motions are denied as moot.

AC/MOATT                                               2