Elizabeth L. Deeley (Bar No. 230798)
  elizabeth.deeley@lw.com
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415.391.0600 / 415.395.8095 (Fax)

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
202.637.2200 / 202.637.2201 (Fax)

*Counsel for Defendant Facebook, Inc.*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTINE HOLT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:16-cv-02266-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING DECISION IN *FACEBOOK, INC. V. DUGUID*, NO. 19-511 (S. CT.)**<br><br>Judge:   Hon. Jon S. Tigar |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER
TO STAY CASE
CASE NO. 16-CV-02266-JST

1  Defendant Facebook, Inc., and Plaintiff Christine Holt jointly and respectfully request that this case be stayed pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.), https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/19-511.html. This case was previously stayed pending the Ninth Circuit's disposition of Facebook's petition for interlocutory review under 28 U.S.C. § 1292(b) of this Court's decision granting in part and denying in part Facebook's motion to dismiss. *See* ECF No. 86. That decision held that Holt had plausibly alleged the existence of an automatic telephone dialing system (ATDS). *See* ECF No. 72.

In a related case, *Duguid v. Facebook, Inc.*, No. 15-cv-00985-JST, 2017 WL 635117 (N.D. Cal. Feb. 16, 2017), this Court held that the plaintiff had not plausibly alleged an ATDS, a decision which the Ninth Circuit reversed, *see* 926 F.3d 1146 (9th Cir. 2019). On October 17, 2019, Facebook petitioned the Supreme Court for review of the Ninth Circuit's decision in *Duguid*. This case remained stayed, and the parties believed it would be prudent to await a decision in *Duguid* before moving this Court to lift the stay. On July 9, 2020, the Supreme Court granted certiorari in *Duguid* to decide "[w]hether the definition of ATDS in the [Telephone Consumer Protection Act (TCPA)] encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" *See Duguid*, Question Presented, https://www.supremecourt.gov/qp/19-00511qp.pdf. Here, Holt alleges that Facebook violated the TCPA by using "an automatic telephone dialing system that has the capacity to store and dial telephone numbers, automatically and *en masse*." ECF No. 29 ¶ 3. The Supreme Court will thus decide the meaning of the ATDS provision at the crux of this case.

On September 24, 2020, this Court sua sponte lifted the stay and scheduled a case management conference for October 27, 2020. The parties have since conferred and now **STIPULATE** that:

    1. The Supreme Court's resolution of *Duguid* is likely to materially affect the disposition of this case, and staying this matter pending resolution of *Duguid* will conserve judicial resources and avoid needless expense;

2. A stay is appropriate, will not prejudice either party, and will best serve the orderly course of justice; and,

3. The parties will notify this Court of the Supreme Court's decision in *Duguid* within 14 days and will include in that notice a proposal for next steps in this case.

**IT SO STIPULATED.**

Dated: October 5, 2020                                      Respectfully submitted,

                                                            */s/ Melanie M. Blunschi*

Andrew B. Clubok (*pro hac vice*)                           Melanie M. Blunschi (Bar No. 234264)
Susan E. Engel (*pro hac vice*)                             Elizabeth L. Deeley (Bar No. 230798)
LATHAM & WATKINS LLP                                        LATHAM & WATKINS LLP
555 Eleventh Street, NW                                     505 Montgomery Street
Suite 1000                                                  Suite 2000
Washington, D.C. 20004-1304                                 San Francisco, CA 94111-6538
Telephone: (202) 637-2200                                   Telephone: (415) 395-8233
Fax: (202) 637-2201                                         Fax: (415) 395-8095
Email: andrew.clubok@lw.com                                 Email: elizabeth.deeley@lw.com
       susan.engel@lw.com                                          melanie.blunschi@lw.com

*Counsel for Defendant Facebook, Inc.*

                                                            */s/ Benjamin H. Richman*

J. Aaron Lawson (Admitted Pro Hac Vice)                     Benjamin H. Richman (Admitted Pro Hac Vice)
alawson@edelson.com                                         brichman@edelson.com
EDELSON PC                                                  EDELSON PC
123 Townsend Street, Suite 100                              350 North LaSalle Street, 14th Floor
San Francisco, California 94107                             Chicago, Illinois 60654
Tel: 415.212.9300                                           Tel: 312.589.6370
Fax: 415.373.9495                                           Fax: 312.589.6378

Stefan Coleman (Admitted Pro Hac Vice)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

*Counsel for Plaintiff Christine Holt*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER
TO STAY CASE
CASE NO. 16-CV-02266-JST

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation to Stay Case Pending Decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.), the Court finds that good cause for the requested stay has been shown and **GRANTS** the parties' Stipulation.

This case is **STAYED** pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*. The parties shall notify the Court within 14 days of the Supreme Court's decision in *Facebook, Inc. v. Duguid* and will include in that notice a proposal for next steps in this case.

**IS SO ORDERED.**

DATED:  October 6, 2020

_____
Hon. Jon S. Tigar
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER
TO STAY CASE
CASE NO. 16-CV-02266-JST