Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Aaron Lawson
alawson@edelson.com
EDELSON PC
150 California Street, 18th
San Francisco, California 94111
Tel: 415.212.300
Fax: 415.373.9435

Stefan Coleman (Admitted *Pro Hac Vice*)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

*Attorneys for Plaintiff Holt and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTINE HOLT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 4:16-cv-02266-JST<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Hon. Jon S. Tigar |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE** that Plaintiff Christine Holt, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action against Defendant Facebook, Inc., with prejudice as to her individual claims and without prejudice as to the claims of the putative class members. In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed this action on April 26, 2016. (Dkt. 1)

2. Fed. R. Civ. P. 41(a)(1)(A)(i) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant has neither served an answer nor a motion for summary judgment in this action.

4. Accordingly, Plaintiff Holt's individual claims may be dismissed *with prejudice* and the putative class members' claims may be dismissed *without prejudice*, and without an Order of the Court.

Respectfully submitted,

**CHRISTINE HOLT**, individually and on behalf of all others similarly situated,

Dated: April 26, 2021

By: /s/ Benjamin H. Richman
    One of Plaintiff's Attorneys

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Aaron Lawson
alawson@edelson.com
EDELSON PC
150 California Street, 18th
San Francisco, California 94111
Tel: 415.212.300

|   |   |
|---|---|
| 1 | Fax: 415.373.9435 |
| 2 | |
| 3 | Stefan Coleman (Admitted *Pro Hac Vice*)<br>law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN, PLLC |
| 4 | 201 South Biscayne Boulevard, 28th Floor<br>Miami, Florida 33131 |
| 5 | Tel: 877.333.9427<br>Fax: 888.498.8946 |
| 6 | |
| 7 | *Attorneys for Plaintiff Christine Holt and the Putative Class* |

**CERTIFICATE OF SERVICE**

I, Benjamin H. Richman, an attorney, hereby certify that on April 26, 2021, I caused to be served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, on this the 26th day of April 2021.

/s/ Benjamin H. Richman